UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 25 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUIS EDUARDO ORTIZ,

    Defendant.

CASE NO. 10cr3745-JLS

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal, without prejudice; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

21 USC 952 AND 960 - Importation of Methamphetamine;

21 USC 952 AND 960 - Importation of Cocaine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/25/12

William McCurine, Jr.
U.S. Magistrate Judge